IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00222-REB-BNB

CONSUMER CRUSADE, INC., a Colorado corporation,

Plaintiff,

v.

QB EASY, INC., a California corporation, and
LOUISE GAUDIO, its officer and director,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Status Report** filed September 9, 2005.

The case was commenced by the filing of a complaint on February 4, 2005. Pursuant to Fed. R. Civ. P. 4(m), the plaintiff had 120 days, or to and including June 4, 2005, within which to make service of process. On June 30, 2005, I granted the plaintiff an extension of time to and including August 31, 2005, within which to perfect service, and I ordered the plaintiff to file a status report by September 9, 2005. The plaintiff failed to make service by August 31, 2005, and failed within that time to seek a further extension to make service. Instead, in the September 9 Status Report the plaintiff states:

> Plaintiff believes that, given sufficient time, it will be able to track down the defendants and effectuate proper service.
>
> Plaintiff requests this court to grant it another 60 days within which to complete its research and serve defendants.

Status Report, at ¶¶4-5.

As recently as today, the record fails to indicate that service has been made. Thus, the plaintiff has had more than eight months within which to serve the defendants, apparently without success. Although I will grant the plaintiff's belated request for an additional 60 days from August 31, 2005, within which to serve the complaint, no further extensions will be allowed. In the event service is not completed within the time now permitted, I will recommend that the case be dismissed without prejudice for failure to prosecute.

IT IS ORDERED that the plaintiff has to and including **October 31, 2005**, within which to make service of process. **No further extensions will be permitted.**

Dated October 14, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge